

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00082-CR

MIGUEL ANGEL ORTIZ
v.
THE STATE OF TEXAS

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-2770-17-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that certain judgments of the trial court should be affirmed and that the other judgments should be vacated. The Court AFFIRMS the judgments of conviction for continuous sexual abuse of a young child and indecency with a child by exposure and VACATES the judgments of conviction for aggravated sexual assault of a child and indecency with a child by sexual contact.

We further order this decision certified below for observance.

May 9, 2024